No. 12–5607.  DeSilva *v.* United States.  C. A. 7th Cir. Certiorari denied.

No. 12–5608.  Stewart *v.* Tucker, Secretary, Florida Department of Corrections.  C. A. 11th Cir.  Certiorari denied.

No. 12–5616.  Logan *v.* Outlaw, Warden, et al.  C. A. 8th Cir.  Certiorari denied.

No. 12–5617.  Luh *v.* Fulton State Hospital et al.  C. A. 8th Cir.  Certiorari denied.

No. 12–5619.  Plotkin *v.* United States et al.  C. A. 11th Cir.  Certiorari denied.

No. 12–5620.  Rangel *v.* United States.  C. A. 9th Cir. Certiorari denied.

No. 12–5623.  Aman *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 12–5625.  Cunningham *v.* United States.  C. A. 6th Cir. Certiorari denied.

No. 12–5627.  Bobo *v.* Astrue, Commissioner of Social Security.  C. A. 9th Cir.  Certiorari denied.

No. 12–5628.  Wright *v.* United States.  C. A. 4th Cir. Certiorari denied.

No. 12–5629.  Wainwright *v.* United States.  C. A. 4th Cir. Certiorari denied.

No. 12–5630.  Tarver *v.* United States.  C. A. 11th Cir. Certiorari denied.

No. 12–5633.  Kuchna *v.* United States.  C. A. 6th Cir. Certiorari denied.

No. 12–5636.  Maytubby *v.* United States.  C. A. 10th Cir. Certiorari denied.

No. 12–5638.  Williams *v.* United States.  C. A. 6th Cir. Certiorari denied.

No. 12–5639.  St. Vallier *v.* United States.  C. A. 3d Cir. Certiorari denied.